IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| KAVURI M. COLEMAN, | * |
| Plaintiff, | * |
| v. | Case No. 1:21-CV-199 (LAG) (TQL) |
| | * |
| SGT. WILLIAM CODY, et al., | |
| | * |
| Defendants. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated November 21, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 21st day of November, 2022.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk